944

No. 91–5523. JORDAN v. SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied. 

No. 91–5629. PIKE v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied. 

No. 91–5630. EVANS v. DOWD. C. A. 8th Cir. Certiorari denied. 

No. 91–5648. WHITAKER v. BAY AREA RAPID TRANSIT DISTRICT. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91–5650. PERRY v. ALAMEDA COUNTY, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 91–5658. COOPER v. CORDERMAN ET AL. Ct. App. Mo., Western Dist. Certiorari denied. 

No. 91–5659. CHRISTOPHER v. McMACKIN, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied. 

No. 91–5665. REGINO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–5671. CHATFIELD v. JOHNSON ET AL. C. A. 10th Cir. Certiorari denied. 

No. 91–5674. McGILL v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 91–5678. GILL v. GUPTON ET UX. Ct. App. Ky. Certiorari denied.

No. 91–5684. STRICKLER v. VIRGINIA. Sup. Ct. Va. Certiorari denied. 

No. 91–5690. SAUNDERS v. VIRGINIA. Sup. Ct. Va. Certiorari denied. 

No. 91–5707. GAGE v. BORG, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 91–5711. FARRELL v. McGINNIS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.